No. 03–10041.   TROTTER v. HOOKS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 03–10044.   CUMMINGS v. GEORGIA.   Ct. App. Ga.   Certiorari denied.

No. 03–10051.   CHRISMON v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 03–10055.   ZIEGLER v. WATKINS ET AL.   C. A. 10th Cir. Certiorari denied.

No. 03–10058.   CORE v. CRIST, ATTORNEY GENERAL OF FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 03–10060.   CHERRY v. BERGE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 03–10066.   HAMILTON v. GIURBINO, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–10079.   HELTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 03–10080.   HERNANDEZ v. RUNNELS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–10088.   RUDOLL v. COLLERAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 03–10089.   CONTRERAS v. GARCIA, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–10091.   HIRAHARA v. KRAMER, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 03–10095.   HEIGHT v. MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 03–10096.   GUILLORY v. CAIN, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 03–10097.   IRUEGAS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.